IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DOWNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv313-WHA |
| ) | |
| JIMMY FALCO, etc., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case having been reassigned to the undersigned judge, it is hereby

ORDERED that Plaintiff show cause, if any there be, **on or before July 28, 2006**, why the Defendants' Motion for More Definite Statement (Doc. #4), filed on May 8, 2006, should not be granted.

DONE this 20th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE