# EXHIBIT B
## to Defendant's Motion for Summary Judgment

### Docket report for Plaintiff's Chapter 13 bankruptcy proceeding

### Rodney Downie vs. TransLink Motor Express, Inc.

# U.S. Bankruptcy Court
## MIDDLE DISTRICT OF ALABAMA (Dothan)
### Bankruptcy Petition #: 03-12870

*Assigned to:* Dwight H. Williams Jr.
Chapter 13
Voluntary
Asset

*Date Filed:* 12/18/2003

*Debtor*
**Rodney D. Downie**
1559 County Road 20
Clayton, AL 36016
334-775-7557
SSN: xxx-xx-3875
*aka*
**Rodney Downie**

represented by **Rafael Gil , III**
Ludlum & Gil, L.L.C.
1752 Whatley Drive
Dothan, AL 36303
334-673-0100
Fax : 334-794-0408
Email: rafaelgil3@yahoo.com

*Bankruptcy Admin.*
**Bankruptcy Administrator**
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104

*Trustee*
**Curtis C. Reding**
P. O. Box 173
Montgomery, AL 36101
334 262-8371

| Filing Date | # | Docket Text |
|---|---|---|
| 12/18/2003 | 1 | Chapter 13 Voluntary Petition. Receipt Number cc03-10437, Fee Amount $40. Filed by Rafael Gil III on behalf of Rodney D. Downie. (Gil, Rafael) Modified receipt on 12/19/2003 (LO, ). (Entered: 12/18/2003) |
| 12/18/2003 | 2 | Declaration re: Electronic Filing Filed by Rafael Gil III on behalf of Rodney D. Downie. (Attachments: # 1 Appendix) (Gil, Rafael) (Entered: 12/18/2003) |
| 12/18/2003 | 3 | Venue Change Filed by Rafael Gil III on behalf of Rodney D. Downie. (Gil, Rafael) (Entered: 12/18/2003) |
| 12/18/2003 | 4 | Chapter 13 Plan. The Plan will be noticed by the clerk's office and the certificate of service will be filed within 5 working days. Filed by Rafael Gil III on behalf of Rodney D. Downie. (Gil, Rafael) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 12/18/2003)                                                                                                                                                                                                                                                                                                                                                                                               |
| 12/18/2003 | 5  | Application to Pay Filing Fee in Installments. Filed by Rafael Gil III on behalf of Rodney D. Downie. (Gil, Rafael) (Entered: 12/18/2003)                                                                                                                                                                                                                                                                  |
| 12/19/2003 | 6  | First Meeting of Creditors, Trustee and Deadlines Assigned. Section 341(a) Meeting of Creditors to be held 02/03/2004 at 01:30 PM in U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL. Confirmation hearing to be held 03/03/2004 at 11:00 AM in U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL. The Trustee appointed to this case is Curtis C. Reding. Deadline to file Proofs of Claim is 05/03/2004. (Entered: 12/19/2003) |
| 12/19/2003 | 7  | Order Approving Payment of Filing Fee Installments: It is ordered that the debtor may pay the filing fee in installments on the terms proposed in the application. Furthered Ordered that until the filing fee is paid in full, the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case. Entered On 12/19/2003. Final Installment Payment due by 4/19/2004. (HN, ) (Entered: 12/19/2003) |
| 12/19/2003 | 8  | (DUPLICATE ENTRY TO GENERATE BNC NOTICE) Meeting of Creditors Chapter 13 and Notice of Confirmation Hearing (Non-Image Entry). (HN, ) (Entered: 12/19/2003)                                                                                                                                                                                                                                               |
| 12/21/2003 | 9  | BNC Certificate of Service - Meeting of Creditors - No. of Notices: 14. Service Date 12/21/2003. (Related Doc # 8) (Admin.) (Entered: 12/22/2003)                                                                                                                                                                                                                                                          |
| 12/21/2003 | 10 | BNC Certificate of Service - See Image Attached - No. of Notices: 2. Service Date 12/21/2003. (Related Doc # 7) (Admin.) (Entered: 12/22/2003)                                                                                                                                                                                                                                                             |
| 12/24/2003 | 11 | BNC Certificate of Service - Chapter 13 Plan - No. of Notices: 16. Service Date 12/24/2003. (Related Doc # 4) (Admin.) (Entered: 12/25/2003)                                                                                                                                                                                                                                                               |
| 01/05/2004 | 12 | Notice of Appearance and Request for Notice Filed by General Motors Acceptance Corporation. (EW, ) (Entered: 01/05/2004)                                                                                                                                                                                                                                                                                  |
| 01/12/2004 | 13 | Final Installment Payment. Receipt Number cc 04-000292, Fee Amount $154. Filed by Rafael Gil III on behalf of Rodney D. Downie. (Gil, Rafael) Modified receipt on 1/13/2004 (JI, ). Modified receipt on 1/13/2004 (JI, ). (Entered: 01/12/2004)                                                                                                                                                            |
| 02/06/2004 | 14 | Proceeding Memo - Hearing Held (Non-Image Entry) Filed by                                                                                                                                                                                                                                                                                                                                                 |

| | | |
|---|---|---|
| | | Trustee Curtis C. Reding (RE: related document(s)[6] Auto Assign Meeting of Creditors-Ch 13, ). (Reding, Curtis-MM) (Entered: 02/06/2004) |
| 03/09/2004 | 15 | Trustee's Summary of Confirmed Ch 13 Plan and Request for Order Confirming Plan. (Reding, Curtis-EC) (Entered: 03/09/2004) |
| 03/10/2004 | 16 | Order Confirming Chapter 13 Plan (Certificate of Service will be filed within 5 days) Entered On 3/10/2004 (RE: related document(s) 15 Trustee's Summary of Confirmed Ch 13 Plan, [6] Auto Assign Meeting of Creditors-Ch 13, ). (HN, ) (Entered: 03/10/2004) |
| 03/12/2004 | 17 | BNC Certificate of Service - Order Confirming Ch 13 Plan - No. of Notices: 20. Service Date 03/12/2004. (Related Doc # 16) (Admin.) (Entered: 03/13/2004) |
| 04/16/2004 | 18 | Motion to Amend Plan Post Confirmation Filed by Rafael Gil III on behalf of Rodney D. Downie. (Attachments: # 1 Trustee's Ch 13 Plan or Summary) (Gil, Rafael) (Entered: 04/16/2004) |
| 04/20/2004 | 19 | Trustee's Recommendation on Modified Plan/Schedules: Modified plan proposed is feasible. Request for negative notice. (Non-Image Entry). (Reding, Curtis-DP) (Entered: 04/20/2004) |
| 04/20/2004 | 20 | Order and Notice Entered On 4/20/2004 (RE: related document(s)18 Motion to Amend Plan Post Confirmation filed by Debtor Rodney Downie, Debtor Rodney D. Downie). (HN, ) (Entered: 04/20/2004) |
| 04/22/2004 | 21 | Certificate of Service Filed by Rafael Gil III on behalf of Rodney D. Downie. (Attachments: # 1 Appendix # 2 Appendix # 3 Trustee's Ch 13 Plan or Summary) (Gil, Rafael) (Entered: 04/22/2004) |
| 04/23/2004 | 22 | BNC Certificate of Service - See Image Attached - (RE: related document(s)20 Order). No. of Notices: 1. Service Date 04/23/2004. (Admin.) (Entered: 04/26/2004) |
| 05/25/2004 | 23 | Order Granting Motion To Amend Plan Post Confirmation (Related Doc # 18) Entered On 5/25/2004. (HN, ) (Entered: 05/25/2004) |
| 05/27/2004 | 24 | BNC Certificate of Service - See Image Attached - (RE: related document(s)23 Order on Motion to Amend Plan Post Confirmation). No. of Notices: 2. Service Date 05/27/2004. (Admin.) (Entered: 05/28/2004) |
| 11/27/2006 | 25 | Trustee's Income Withholding Order . (Reding, Curtis-EC) (Entered: 11/27/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2007 14:02:21 | | | |
| PACER Login: | wp0749 | Client Code: | transk link |
| Description: | Docket Report | Search Criteria: | 03-12870 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |

**03-12870** Rodney D. Downie
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Dwight H. Williams Jr.
**Date filed:** 12/18/2003 **Plan confirmed:** 03/10/2004 **Date of last filing:** 11/27/2006

# Case Summary

| | | | |
|---|---|---|---|
| **Office:** | Dothan | **Filed:** | 12/18/2003 |
| **County:** | Barbour | **Terminated:** | |
| **Fee:** | Paid | **Discharged:** | |
| **Origin:** | 0 | **Reopened:** | |
| **Previous Term:** | | **Converted:** | |
| **Disposition:** | | **Dismissed:** | |
| **Joint:** | n | **Confirmation Hearing:** | |

**Pending Status:** Awaiting Confirmation Hearing

| | | | | | |
|---|---|---|---|---|---|
| **Trustee:** Bankruptcy Administrator | **City:** Montgomery | **Phone:** | **Email:** ba@almb.uscourts.gov |
| **Trustee:** Curtis C. Reding | **City:** Montgomery | **Phone:** 334 262-8371 | **Email:** trustees_office@ch13mdal.com |
| **Party 1:** Rodney D. Downie (Debtor) | (xxx-xx-3875) | | |
| **Atty:** Rafael Gil III | | **Represents party 1:** Debtor | **Phone:** 334-673-0100  **Fax:** 334-794-0408  **Email:** rafaelgil3@yahoo.com |

**Location of Case File(s):**
**Volume:** CS1
The case file may be available.

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 07/30/2007 14:01:36 |||
| **PACER Login:** | wp0749 | **Client Code:** | transk link |
| **Description:** | Case Summary | **Search Criteria:** | 03-12870 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |