# EXHIBIT C
## to Defendant's Motion for Summary Judgment

**March 10, 2004 Order confirming Plaintiff's Chapter 13 bankruptcy plan**

**Rodney Downie vs. TransLink Motor Express, Inc.**

UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re:  
**Rodney D. Downie**  
    Debtor

Case No.: 03-12870

Judge: William R. Sawyer  
Chapter: 13

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on 12/18/03.

### ORDER CONFIRMING PLAN

The debtor's plan was filed on 12/18/03. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: 3/10/04

William R. Sawyer  
United States Bankruptcy Judge