IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY DOWNIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv313-WHA |
| | ) | |
| JIMMY FALCO d/b/a Trans Link Motor | ) | |
| Express, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This case is before the court on the Defendant's Motion for Summary Judgment (Doc. #14) and the Plaintiff's Answer to Motion for Summary Judgment (Doc. #17).

Upon consideration of the file, including all exhibits, briefs, and the Plaintiff's concession that the Motion for Summary Judgment is well-taken, the court finds that there is no genuine issue as to any material fact and that the Defendant is entitled to a judgment as a matter of law.  Therefore, it is hereby

ORDERED that the Motion for Summary Judgment is GRANTED.  Judgment will be entered accordingly.

DONE this 28th day of August, 2007.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE