IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY DOWNIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv313-WHA |
| ) | |
| JIMMY FALCO d/b/a Trans Link Motor ) | |
| Express, Inc., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED. Costs are taxed against the Plaintiff.

DONE this 28th day of August, 2007.

                                                            /s/ W. Harold Albritton
                                                            W. HAROLD ALBRITTON
                                                            SENIOR UNITED STATES DISTRICT JUDGE